**Order entered January 7, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00755-CR**
**No. 05-18-00756-CR**
**No. 05-18-00757-CR**
**No. 05-18-00758-CR**

**KAMERON HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-35022-H, F16-35023-H, F16-35024-H & F16-35025-H**

## ORDER

Before the Court is the State's January 4, 2019 motion for an extension of time to file a

brief. We **GRANT** the State's motion and **ORDER** the State's brief due by **February 6, 2019**.

/s/    LANA MYERS
       JUSTICE